UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA SOTOLONGO,<br><br>Plaintiff,<br><br>v.<br><br>GUARANTEED RATE, INC., et al.,<br><br>Defendants. | Case No.: 23-cv-01348-AJB-BLM<br><br>**ORDER LIFTING STAY AND GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>**(Doc. No. 19)** |

Before the Court is the parties' joint motion[1] requesting dismissal with prejudice of the instant action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. (Doc. No. 19.) Having considered the parties' joint motion, the Court hereby **LIFTS** the stay and **DISMISSES** the above-captioned action **with prejudice**. Each party is to bear their own costs.

**IT IS SO ORDERED.**

Dated: March 5, 2025

Hon. Anthony J. Battaglia
United States District Judge

---

[1] Pursuant to Local Civil Rule 7.2, "[a]ny stipulation for which court approval is sought must first be filed as a 'joint motion.'" CivLR 7.2.b.